**No. 52358.**—Max Fischer *v.* United States, protests 528036–G, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52359.**—Julius Kayser & Co. et al. *v.* United States, protests 649817–G, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52360.**—L. H. Oppenheimer & Co. et al. *v.* United States, protests 733954–G, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, MAY 28, 1948

**No. 52361.**—S. M. Iida et al. *v.* United States, protests 36864–K, etc. (Honolulu).

Opinion by TILSON, J. It was stipulated that certain items of the merchandise consist of imitation gut similar in all material respects to that the classification of which was involved in *Bush* v. *United States* (34 C. C. P. A. 17, C. A. D. 338). Accepting this stipulation as a statement of fact and following the cited authority, the claim of the plaintiffs was sustained.

**No. 52362.**—Samuel S. Perry *v.* United States, protest 130822–K (San Francisco).

Opinion by TILSON, J. The claim of the plaintiff having been conceded by the Government at the trial, the protest was sustained.